IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ERIC EDWARD GARVEY, | ) | |
| v. | ) | 14-cv-190-wmc |
| UNITED STATES OF AMERICA | ) | Case # 10-cr-134 |

## NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY

COMES NOW, Eric Edward Garvey, pro se to give immediate notice of intent to appeal the District Court's ORDER and OPINION of Judge William M. Conley, entered on the 11th day of April, 2014.

The request for Certificate of Appealability is appropriate in the court's errors in calculation of time and application of law in which any jurists could and would debate whether the petition could and should be resolved in accordance with law and facts, that make any jurists of reason find adequate reason to proceed further.

Respectfully submitted on this 19 day of April, 2014.

Eric Edward Garvey
Reg. No.
U.S. Penitentiary
Post Office Box 1000
Leavenworth, Kansas 66048